# Attachment 1



Figure 1. Riker Mount containing items LG-0022, LG-0022L, LG0022M, PA-0011G, SG-0019, UCG-6, UCG-63, UCG64 (9 items total)



Figure 2. Riker Mount containing items UCG-5, UCG-8, UCG-25, UCG-26, UCG-27, UCG-28, UCG-29, UCG-60, UCG-61, UCG-62, UCG-67, UCG-68, Center stone item with "X" was not valued. It is unknown if it is prehistoric. (118 items total).

16



Figure 3. Riker Mount containing items UCG-45, UCG-46, UCG-47, UCG-48, UCG-49, UCG-50, UCG-51, UCG-52, UCG-53, UCG-54. (10 items total)



Figure 4. Riker Mount containing items UCG-32, UCG-33, UCG-34, UCG-35, UCG-36, UCG-36a. (6 items total)

17


Figure 5. Riker Mount containing items UCG-2, UCG-3, UCG-17, UCG-20, UCG-21, UCG-23, UCG-24, UCG-30, UCG-31, UCG-44, UCG-65, UCG-66, UCG-69, UCG-70.  (118 items total)



Figure 6. Item UCG-57 – Rhyolite Metate.



Figure 8. Item UCG-1 – Sandstone Metate.



Figure 9. Items APS-007ac, UCG-13, UCG-16, UCG-18, UCG-19, UCG-43, UCG-58, UCG-59 – Groundstone Tools and Throwing Stick. (8 items total)

19